IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

-----------------------------------------------------------------

EMPLOYERS INSURANCE COMPANY OF WAUSAU,

                                                       STIPULATION AND ORDER
                                                       FOR DISMISSAL

                   Plaintiff,

v.                                                       13-cv-709-bbc

R&Q REINSURANCE COMPANY,

                   Defendant.

-----------------------------------------------------------------

        Plaintiff and Defendant have determined it is in their respective best interests to avoid the uncertainty of pursuing this litigation and have entered in a settlement agreement fully and finally resolving this matter, and therefore, jointly request that the Court grant dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c).

Dated: August 22, 2014

s/ Mark C. Kareken
Mark C. Kareken
Managing Counsel
500 Third Street, 6th Floor
Wausau, Wisconsin 54403
(715) 842-3155
karekem@nationwide.com

-and-

s/ Brian M. Reid
Brian M. Reid
Litchfield Cavo, LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6617
reid@litchfieldcavo.com

Based on the foregoing stipulation between the parties and pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c), the Court hereby grants the parties' joint request for dismissal of this action on the terms set forth above.

Entered this 22 day of August, 2014.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge